IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAG. NO. 03-**03  0831** |
| | ) | |
| v. | ) | SEARCH WARRANT ON |
| | ) | WRITTEN AFFIDAVIT |
| ONE COMPAQ SERIES PP2140 | ) | |
| LAPTOP COMPUTER AND ASSOCIATED | ) | |
| PERIPHERALS AND STORAGE MEDIA | ) | |
| MORE FULLY DESCRIBED IN | ) | |
| ATTACHMENT "A" | ) | |
| | ) | |
| | ) | |

### SEARCH WARRANT ON WRITTEN AFFIDAVIT

TO:   ANY DULY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER IN THE STATE OF HAWAII.

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
**NAME AND OFFICIAL POSITION OF AFFIANT:**   Special Agent
                                             MICHAEL E. WESTBERRY
**AFFIANT'S FED. LAW ENFORCMENT AGENCY:**   U.S. Naval Criminal
                                            Investigative Service
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
**PREMISES/PROPERTY TO BE SEARCHED:** ONE COMPAQ BRAND, SERIES PP2140 LAPTOP COMPUTER, SERIAL NUMBER 9X2AKSBZN2E4, AND ASSOCIATED PERIPHERAL EQUIPMENT AND COMPUTER STORAGE MEDIA MORE FULLY DESCRIBED IN ATTACHMENT "A" OF THE APPLCIATION FOR SEARCH WARRANT ATTACHED HERTO.
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

WHEREAS, Affidavit having been made before me by the above-named Affiant, that said Affiant has reason to believe that on the premises/property described in greater detail above, in the District of Hawaii, there is now being concealed certain property, identified in the "List of Items Authorized to be Searched for and Seized Pursuant to Federal Search Warrant," which list is incorporated herein by reference and made a part hereof,

AND WHEREAS, I am satisfied that there is probable cause to believe that the property so described is being concealed on or in the above-described premises/property and the grounds for application for issuance of the search warrant exist as stated in the supporting Affidavit,

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to search on or before the tenth (10th) day after the issuance date of this warrant the premises/property named above for the property specified, serving this warrant between the hours of 6:00 a.m. and 10:00 p.m., and if the property be found there to seize it, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to any Judicial Officer of this Court as required by law.

THIS WARRANT IS ISSUED AT HONOLULU, HAWAII, AT 6-20 P.M. ON OCTOBER 10, 2003.

LESLIE E. KOBAYASHI
UNITED STATES MAGISTRATE JUDGE
(SEAL)

## RETURN ON SEARCH WARRANT

UNITED STATES v. ONE COMPAQ SERIES PP2140 LAPTOP COMPUTER AND
ASSOCIATED PERIPHERALS AND STORAGE MEDIA MORE
FULLY DESCRIBED IN ATTACHMENT "A"

MAG. NO. 03-_____
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
DATE WARRANT RECEIVED:
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
DATE AND TIME WARRANT EXECUTED:
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH/AT:


++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE
WARRANT [Any additional pages attached to this Return are
incorporated herein by reference]:




++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
### CERTIFICATION
I swear that this inventory is a true and detailed account of the person or property taken on this warrant, to the best of knowledge and belief.

Subscribed, Sworn to, and
Returned Before the Undersigned,        _____
on the Date set forth below.            AFFIANT


_____          _____
U.S. DISTRICT JUDGE OR                  DATE
MAGISTRATE JUDGE

## LIST OF ITEMS TO BE SEARCHED FOR AND
## SEIZED PURSUANT TO FEDERAL SEARCH WARRANT

1.  See Attachments "A" and "B" to the Application for Search Warrant in the above captioned matter, which attachments are incorporated herein by reference.